William D. Hyslop
United States Attorney
Eastern District of Washington
Benjamin D. Seal
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 10 2019

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO SALAZAR, JR.,<br><br>Defendant. | 1:19-CR-2062-SAB<br><br>INDICTMENT<br><br>21 U.S.C. § 841(a)(1), (b)(1)(C)<br>Distribution of a Mixture or Substance Containing a Detectable Amount of Fentanyl<br>(Counts 1, 4)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(C)<br>Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Fentanyl<br>(Counts 2, 5)<br><br>18 U.S.C. § 924(c)(1)(A)<br>Possession of a Firearm in Furtherance of a Drug Trafficking Crime<br>(Counts 3, 6)<br><br>Forfeiture Allegations<br>18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, 28 U.S.C. § 2461(c) |

INDICTMENT- 1

The Grand Jury charges:

## COUNT 1

On or about October 18, 2018, in the Eastern District of Washington, the Defendant, FRANCISCO SALAZAR, JR., did knowingly and intentionally distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 2

On or about October 23, 2018, in the Eastern District of Washington, the Defendant, FRANCISCO SALAZAR, JR., did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 3

On or about October 23, 2018, in the Eastern District of Washington, the Defendant, FRANCISCO SALAZAR, JR., knowingly possessed a firearm, to wit: a Glock pistol, model 19, 9mm, bearing serial number BFUU285, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute a mixture or substance containing

INDICTMENT- 2

a detectable amount of fentanyl, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), as charged in Count 2, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 4

On or about September 5, 2019, in the Eastern District of Washington, the Defendant, FRANCISCO SALAZAR, JR., did knowingly and intentionally distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 5

On or about October 15, 2019, in the Eastern District of Washington, the Defendant, FRANCISCO SALAZAR, JR., did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 6

On or about October 15, 2019, in the Eastern District of Washington, the Defendant, FRANCISCO SALAZAR, JR., knowingly possessed a firearm, to wit: a Glock pistol, model 19, 9mm, bearing serial number VPU844, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute a mixture or substance containing

INDICTMENT- 3

a detectable amount of fentanyl, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), as charged in Count 5, all in violation of 18 U.S.C. § 924(c)(1)(A).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), as alleged in Counts 1, 2, 4, and 5 of this Indictment, the Defendant, FRANCISCO SALAZAR, JR., shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any forfeitable property, as a result of any act or omission of the Defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third party;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

INDICTMENT- 4

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. § 924(c)(1)(A), as alleged in Counts 3 and 6 of this Indictment, the Defendant, FRANCISCO SALAZAR, JR., shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense(s). The property to be forfeited includes, but is not limited to:

− a Glock pistol, model 19, 9mm, bearing serial number BFUU285; and

− a Glock pistol, model 19, 9mm, bearing serial number VPU844.

DATED this 10th day of December, 2019.

A TRUE BILL

Foreperson

WILLIAM D. HYSLOP
United States Attorney

*/s/ Thomas J. Hanlon*
Thomas J. Hanlon
Supervisory Assistant United States Attorney

*/s/ Benjamin D. Seal*
Benjamin D. Seal
Assistant United States Attorney

INDICTMENT- 5