PROB 12C
(6/16)

Report Date:  February 27, 2026

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 27, 2026**

SEAN F. McAVOY, CLERK

### Eastern District of Washington

ECF No. 38

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Francisco Salazar, Jr.          Case Number: 0980 1:19CR02062-SAB-1

Address of Offender: ███████████████          Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 24, 2020

Original Offense:      **Count 5:** 21 U.S.C. § 841 (a)(1), (b)(1)(C)- Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Fentanyl.
**Count 6:** 18 U.S.C. § 924 (c)(1)(A)- Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

Original Sentence:     Prison - 85 months;          Type of Supervision: Supervised Release
TSR - 36 months

Asst. U.S. Attorney:    Ben Seal          Date Supervision Commenced: January 15, 2026

Defense Attorney:      Paul Shelton          Date Supervision Expires: January 14, 2029

---

### PETITIONING THE COURT

To issue a summons.

On January 16, 2026, a probation officer met with Mr. Salazar and reviewed his judgment and sentence. He signed a copy of said conditions acknowledging his understanding.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: It is alleged that Mr. Salazar, Jr. violated mandatory condition number 1 by being arrested for driving under the influence (DUI) in Wenatchee, Washington, on February 21, 2026.

On February 21, 2026, at approximately 0157 hours, Mr. Salazar, Jr. was pulled over by a Wenatchee police officer for speeding.  During that traffic stop, Mr. Salazar, Jr. advised that he did not have a valid driver's licence. The police officer also smelled an odor of intoxicants coming from the vehicle.  The offender was asked to submit to a voluntary field sobriety test; he agreed. Ultimately, Mr. Salazar, Jr. failed the sobriety test. He was then asked to submit a breath sample.
He provided two breath samples that returned 0.075 and 0.076 BAC. He was arrested for DUI and third degree driving while license suspended.

Prob12C
**Re: Salazar, Jr., Francisco**
**February 27, 2026**
**Page 2**

2          **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: It is alleged that Mr. Salazar, Jr. violated mandatory condition number 1 by being arrested for third degree driving while license suspended in Wenatchee, Washington, on February 21, 2026.

On February 21, 2026, at approximately 0157 hours, Mr. Salazar, Jr. was pulled over by a Wenatchee police officer for speeding. During that traffic stop, the offender advised that he did not have a valid driver's licence. In addition to being arrested for DUI he was also charged with third degree driving while license suspended.

3          **Special Condition #6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged that Mr. Salazar, Jr. violated special condition number 6 for consuming alcohol on or about February 21, 2026.

On February 21, 2026, Mr. Salazar, Jr. was arrested for a DUI and third degree driving while license suspended. He provided two breath samples that returned 0.075 and 0.076 BAC.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     02/27/2026

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

THE COURT ORDERS

[  ]     No Action
[  ]     The Issuance of a Warrant
[X]      The Issuance of a Summons
[  ]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]     Defendant to appear before the Judge assigned to the case.
[X]      Defendant to appear before the Magistrate Judge.
[  ]     Other

Prob12C
**Re: Salazar, Jr., Francisco**
**February 27, 2026**
**Page 3**

_____
Signature of Judicial Officer

2/27/2026
_____
Date