FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 11, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO SALAZAR, JR,<br><br>Defendant. | No. 1:19-CR-02062-SAB-1<br><br>ORDER MODIFYING CONDITIONS OF RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 55)** |

Before the Court is Defendant FRANCISCO SALAZAR, JR's Motion to Modify Release Conditions.  **ECF No. 55**.  The United States did not oppose the motion.

**IT IS ORDERED:**

1.    Defendant's Motion to Modify Release Conditions, **ECF No. 55**, is **GRANTED.  <u>The additional pre-revocation hearing condition requiring remote alcohol testing set forth in ECF No. 49 shall be STRICKEN.</u>**

2.    All other conditions of supervised release shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED May 11, 2026.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1